

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Randall C. Bain                                    CHAPTER 7
       Dirkje L. Bain
DEBTOR(S)                                                 CASE NO.:  15-13668

### ORDER TO AVOID JUDICIAL LIEN

     **This cause** came to be considered upon the Debtor('s)(s') Motion to Avoid Judicial Lien of Bancorp South C/O Holland, Ray Upchurhc & Hillen, P.A., Tupelo, MS after proper noticing,  the deadline to file objection or responses to said Motion has passed with no objection or response having  been filed.

     **IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:**

     1.    That this Court has jurisdiction over the subject matter hereof and the parties hereto and said Motion to Avoid Judicial Lien of Debtor(s) should be granted.

     **## End of Order ##**

Approved:

/s/ Kevin F. O'Brien
Kevin F. O'Brien, MSB# 10731
Attorney for Debtor(s)
1630 Goodman Road East, Suite 5
Southaven, MS 38671
(662) 349-3339